IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                                     **Case No.: 23-20605-JAD**
**Eugene R. Chesick,**
**Debtor.**                                                    **Chapter 13**

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:      Clerk of Courts

Please enter our appearance on behalf of the City of Pittsburgh and City of Pittsburgh School District in the above captioned matter.  We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for these creditors.  All notices should be mailed to the following address:

**City of Pittsburgh and City of Pittsburgh School District**
**GRB Law**
**Jeffrey R. Hunt, Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:

May 22, 2023

GRB Law,

By:        /s/Jeffrey R. Hunt
            Jeffrey R. Hunt, Esquire
            Pa I.D. No. 90342
            525 William Penn Place
            Suite 3110
            Pittsburgh, PA 15219
            412-281-0587
            jhunt@grblaw.com
            Attorney for Movants

2208967.1

<u>DECLARATION IN LIEU OF AFFIDAVIT</u>

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for City of Pittsburgh and City of Pittsburgh School District, these creditors in the above captioned bankruptcy case, and I am authorized by these creditors to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditors' address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditors, and:

(X)     That there are no other requests to receive notices on behalf of these creditors, or

(  )     that any prior request(s) for notice by or on behalf of these creditors shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

<u>Executed on: May 22, 2023.</u>

GRB Law,

By:      /s/Jeffrey R. Hunt
         Jeffrey R. Hunt, Esquire
         Pa I.D. No. 90342
         525 William Penn Place
         Suite 3110
         Pittsburgh, PA 15219
         412-281-0587
         jhunt@grblaw.com
         Attorney for Movants

2208967.1