## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Eugene R. Chesick, | : | Bankruptcy Case No.: 23-20605-JAD |
| Debtor. | : | Chapter 13 |
| Eugene R. Chesick, | : | Document No.: 72 |
| Movant, | : | Related to Document No.: 71 |
| v. | : | Related to Claim No.: 5 |
| The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, hereby certify that a copy of Debtors' Declaration of Sufficient Plan Funding at Document No. 71 was served by First Class U.S. mail postage prepaid and/or electronic correspondence on July 9, 2024, on the parties listed below.

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Denise Carlon, Esq.
*Attorney for Creditor*
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: July 9, 2024

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com