## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-20605-JAD |
| | ) | |
| Eugene R. Chesick, | ) | Chapter 13 |
| | ) | |
|       Debtor. | ) | Document No. 76 |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 73, 74 |
| | ) | |
|       Applicant, | ) | **Hearing date and time:** |
| vs. | ) | October 15, 2024, at 10:00 A.M. |
| | ) | |
|       No Respondent. | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### APPLICATION FOR COMPENSTATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on September 5, 2024, at Document No. 73 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 74, Objections were to be filed and served no later than September 22, 2024.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 73 be entered by the Court.

Date: September 23, 2024                          /s/ Brian C. Thompson
                                                                          Brian C. Thompson, Esquire
                                                                          Attorney for Debtor
                                                                          PA ID No. 91197
                                                                          THOMPSON LAW GROUP, P.C.
                                                                          301 Smith Drive, Suite 6
                                                                          Cranberry Township, PA 16066
                                                                          (724) 799-8404 Telephone
                                                                          (724) 799-8409 Facsimile
                                                                          bthompson@thompsonattorney.com