**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 23-20605-JAD |
| Eugene R. Chesick, | ) | Chapter 13 |
|     Debtor | ) | |
| _____X | | |
| | ) | |
| Eugene R. Chesick, | ) | |
|     Movant, | ) | Related Trustee Certificate of Default at |
| | ) |   at Doc No. 81, and Order |
|   - vs. - | ) |   requiring response at Doc No. 82 |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondent. | ) | |
| _____X | | |

### NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

    1.    Debtor(s) propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

    2.    The cure shall be effected as follows: Debtor intends to sell his residence, which would resolve the default.

    3.    All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtor(s) and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

    4.    A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on February 27, 2025, at 10:00 a.m., before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

RESPECTFULLY SUBMITTED, this 31st day of December 2024.

/s/Brian C. Thompson, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com