# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Eugene R. Chesick, | : | Bankruptcy Case No.: 23-20605-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Eugene R. Chesick, | : | |
| | : | Document No.: 99 |
| Movant, | : | |
| | : | Related to Document No.: 98 |
| v. | : | |
| | : | Related to Claim No.: 5 |
| | : | |
| The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, hereby certify that a copy of Debtors' Declaration of Sufficient Plan Funding at Document No. 98 was served by First Class U.S. mail postage prepaid and/or electronic correspondence on May 9, 2025, on the parties listed below.

| | |
|---|---|
| Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Denise Carlon, Esq.<br>*Attorney for Creditor*<br>KML Law Group, P.C.<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

Dated: May 9, 2025

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com