# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Eugene R. Chesick, | : | Bankruptcy Case No.: 23-20605-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Eugene R. Chesick, | : | |
| | : | Document No.: 106 |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 5 |
| | : | |
| The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3, | : | |
| | : | |
| Respondent. | : | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on October 31, 2025, after reasonable investigation and upon review of the existing Chapter 13 Plan, Debtor avers that the Plan is sufficiently funded even with the proposed change for December 1, 2025. Debtor's Plan remains sufficient.

Respectfully Submitted,

Date: November 6, 2025

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com