**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| EUGENE R. CHESICK | Case No.:23-20605 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/22/2023  and confirmed on 06/06/2023 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,860.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,860.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,835.69 | |
|    Trustee Fee | 651.60 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,487.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NY MELLON - TRUSTEE ET AL | 0.00 | 7,367.71 | 0.00 | 7,367.71 |
|    Acct: 6417 | | | | |
| BANK OF NY MELLON - TRUSTEE ET AL | 31,318.07 | 0.00 | 0.00 | 0.00 |
|    Acct: 6417 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 3,233.93 | 0.00 | 0.00 | 0.00 |
|    Acct: 1A56 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 138.72 | 0.00 | 0.00 | 0.00 |
|    Acct: 1A56 | | | | |
| | | | | 7,367.71 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| EUGENE R. CHESICK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| EUGENE R. CHESICK | 5.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| THOMPSON LAW GROUP PC | 4,500.00 | 2,835.69 | 0.00 | 0.00 |
|    Acct: | | | | |

| 23-20605 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| THOMPSON LAW GROUP PC | 1,701.75 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX5-24 | | | | |
| THOMPSON LAW GROUP PC | 3,298.25 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 5,539.72 | 0.00 | 0.00 | 0.00 |
| Acct: 0121 | | | | |
| PA DEPARTMENT OF REVENUE* | 391.55 | 0.00 | 0.00 | 0.00 |
| Acct: 0121 | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBL | 1,362.90 | 0.00 | 0.00 | 0.00 |
| Acct: 0121 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0605 | | | | |
| BANK OF NY MELLON - TRUSTEE ET AL | 950.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6417 | | | | |
| | | | | 5.00 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9832 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4136 | | | | |
| PA DEPARTMENT OF REVENUE* | 45.47 | 0.00 | 0.00 | 0.00 |
| Acct: 0121 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 787.49 | 0.00 | 0.00 | 0.00 |
| Acct: 9892 | | | | |
| INTERNAL REVENUE SERVICE* | 2,704.42 | 0.00 | 0.00 | 0.00 |
| Acct: 0121 | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                          7,372.71

TOTAL CLAIMED
PRIORITY            8,249.17
SECURED            34,690.72
UNSECURED           3.537.38

Date: 06/17/2026                                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com